# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED AUGUST 13, 2021

### NO. 03-21-00061-CV

**Tommy Joe Kelley, Appellant**

**v.**

**Jason English, Rob Drummond, Angie Creasy, The Honorable Julie Kocurek, The Honorable Bob Pemberton, The Honorable Sharon Keller, and The Honorable Margaret Moore, Appellees**

### APPEAL FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
### DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE SMITH

This is an appeal from the judgment signed by the trial court on December 22, 2020. Having reviewed the record, the Court holds that Tommy Joe Kelley has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.